Case 1:10-cr-20685-DMM  Document 15  Entered on FLSD Docket 09/14/2010  Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20685-cr-middlebrooks

UNITED STATES OF AMERICA,

        Plaintiff

vs.

*Yanny Urbay*

        Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No: __84036-004__

Language: __Spanish__

The above-named Defendant appeared before **Magistrate Judge CHRIS MCALILEY**. Deft. was arr., & a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address: __In cust.__

Tel. No: _____

Defense Counsel:    Name: __Ora J. Rones Esq.__

Tel. No _____

Bond Set/Continued: __$ 25,000 cel / Nebbia__

Dated this __13th__ day of __Sept__, 2010.

STEVEN LARIMORE, CLERK OF COURT

BY __NANCY JEAN FLOOD__
      Deputy Clerk

TAPE NO. 10H-__73__
D.A.R. __14:31:09__